ACCEPTED
14-14-00070-CR
FOURTEENTH COURT OF APPEALS
HOUSTON, TEXAS
4/17/2015 10:06:11 AM
CHRISTOPHER PRINE
CLERK

**SCOTT RAMSEY**
**Attorney at Law**
**1212 Durham Dr.**
**Houston, Texas 77007**
**713-520-1620   *   FAX 713-520-1604**

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS

4/17/2015 10:06:11 AM

CHRISTOPHER A. PRINE
Clerk

April 16, 2016

Mr. Christopher A. Prine
Court of Appeals
Fourteenth District of Texas
301 Fannin, Suite 245
Houston, Texas 77002

   Re: No. 14-14-00070; Iniubong Ebong v. The State of
     Texas

Dear Mr. Prine:

  Pursuant to TRAP 48.4, enclosed for filing in the above-referenced case please find a copy of the letter sent to Appellant regarding the Court's opinion, which included a copy of said opinion, along with the proof of delivery.

  If you have any questions, or require additional information, please contact our office.  Thank you in advance for your prompt and courteous attention to this matter.

         Sincerely,

         Scott Ramsey

SR/cdr

Cc: Mr. Alan curry
   Assistant District Attorney
   Appellate Division
   1201 Franklin, 6th Floor
   Houston, Texas 77002

**SCOTT RAMSEY**
**Attorney at Law**
**1212 Durham Dr.**
**Houston, Texas 77007**
**713-520-1620  *  FAX 713-520-1604**

April 9, 2015

Mr. Iniubong Ebong
TDCJ # 1908828
Polunsky Unit
3872 FM 350 South
Livingston, Texas 77351

Re: Cause No. 14-14-0070-CR; Iniubong Ebong v. The State of Texas; In the Fourteenth Court of Appeals, Houston, Texas

Dear Mr. Iniubong:

I have enclosed with this letter a copy of the judgment of the Fourteenth Court of Appeals, as well as a copy of the opinion issued by the court. Unfortunately, as you can see, the Court ruled against us and affirmed your conviction and sentence. You can review this opinion and the reasoning of the judges.

I am going to carefully evaluate this opinion to determine if there are grounds for a petition for discretionary review, which would be filed in the Court of Criminal Appeals. At this time I don't know if a further appeal will be successful. If you wish to file a pro se petition for review, please know that this action must be taken by May 11, 2015. I am enclosing a copy of Rule 68, Texas Rules of Appellate Procedure, which explains the requirements for filing a petition for discretionary review.

I know that this result is disappointing. If you have questions, please write immediately and I will try to address your concerns. I wanted to forward this opinion to you as soon as possible to allow you more time to think about further action.

Sincerely,

Scott Ramsey

SR/cdr
Enclosures

**U.S. Postal Service**™
# CERTIFIED MAIL™ RECEIPT
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |

Postmark Here

Total Po

Sent To  **Mr. Iniubong Ebong**
**TDCJ # 1908828**

Street, Ap or PO Box  **Polunsky Unit**
**3872 FM 350 South**

City, State  **Livingston, Texas 77351**

PS Form 3800, August 2006          See Reverse for Instructions

7012 3050 0001 1231 7935

---

**SENDER:** *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse ... ... turn the card to you.
- ... ... ... to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Mr. Iniubong Ebong
TDCJ # 1908828
Polunsky Unit
3872 FM 350 South
Livingston, Texas 77351

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature

X ☑ Agent  ☐ Addressee

B. Received by (*Printed Name*)    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

3. Service Type
☐ Certified Mail    ☐ Express Mail
☐ Registered        ☐ Return Receipt for Merchandise
☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (*Extra Fee*)    ☐ Yes

2. Article Number
(*Transfer from service label*)

7012 3050 0001 1231 7935

PS Form 3811, February 2004          Domestic Return Receipt          102595-02-M-1540